IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGIA CASUALTY AND**                                          **PLAINTIFF**
**SURETY COMPANY**

**V.**                                                           **CAUSE NO. 4:07-cv-00145-DPJ-JCS**

**JAMES H. SECRIST AND APEX**                             **DEFENDANTS**
**ROOFING, INC.**

## JUDGMENT

THIS CAUSE coming on to be heard upon a hearing for the assessment of damages after a Default Judgment, and the Court having considered the evidence produced, finds and adjudges that the Plaintiff is entitled to a judgment against the Defendants, James H. Secrist and Apex Roofing, Inc., in the sum of $567,086.45 as reasonable compensation for damages sustained by the Plaintiff herein. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the Plaintiff have and recover of and from the Defendants, James H. Secrist and Apex Roofing, Inc., the sum of FIVE HUNDRED SIXTY-SEVEN THOUSAND EIGHTY SIX DOLLARS AND FORTY-FIVE CENTS, ($567,086.45) together with interest at a rate of 2.83% per annum from the date of this judgment and costs of this proceeding, for all of which let execution issue.

**SO ORDERED AND ADJUDGED** this the 25th day of January, 2008.

                                                           s/ *Daniel P. Jordan III*
                                                           UNITED STATES DISTRICT JUDGE

Submitted by:

s/Kenneth S. Womack
KENNETH S. WOMACK/MB#7353
Anderson, Crawley, & Burke, PLLC
P. O. Box 2540
Ridgeland, MS 39158-2540
Telephone: (601) 707-8791
Facsimile:   (601) 977-9975
Email: KWomack@ACBLaw.com